**E-filed 3/15/07**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FLORIMEX FREIGHTFORWARD N.V., a Curacao corporation,<br><br>    Plaintiff,<br><br>v.<br><br>S.A. COMMERCE LLC, a California limited liability company,<br><br>    Defendant. | Case No. C06 06484 JF HRL<br><br>HONORABLE JEREMY FOGEL<br>COURTROOM 3<br><br>STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON |

Plaintiff FLORIMEX FREIGHTFORWARD N.V. (hereinafter "Florimex") and defendant S.A. COMMERCE LLC (hereinafter "SAC"), hereby stipulate and agree as follows:

1. Certain disputes and controversies have arisen among the Parties hereto which led to litigation now pending entitled *Florimex Freightforward N.V. v. S.A. Commerce LLC,* United States District Court, Northern District of California Case No. C06 06484 JF HRL (hereafter, "the Litigation").

2. The Litigation was commenced by the filing of a Complaint for Damages ("Complaint") on October 17, 2006.

3. On October 17, 2006, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines. The initial Case Management Conference was scheduled for January 12, 2007, at 10:30 a.m.; and, continued by stipulation to March 16, 2007 at 10:30 a.m. on the court's calendar.

4. Defendant SAC was served with the summons and Complaint on November 10, 2006.

5. After settlement discussions between counsel for the Parties, the Parties have decided that it would promote judicial efficiency and be in their best interest to extend the time for SAC to file an answer to the Complaint and to continue the initial Case Management Conference to allow settlement discussions to continue without incurring additional costs.

NOW THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:

A. The time for SAC to answer the Complaint is extended until five court days from written notice via facsimile to counsel for SAC by counsel for Florimex that negotiations have failed and that an answer is required.

B. The Case Management Conference set for March 16, 2007 at 10:30 a.m. in Courtroom 3, shall be continued to April 20, 2007, at 10:30 a.m. in Courtroom 3.

C. All deadlines pursuant to FRCivP 26, Civil L.R. 16 and ADR L.R. 3-5 are continued accordingly.

IT IS SO STIPULATED.

DATED: March 9, 2007        MILBERG & DE PHILLIPS, P.C.

By: _____
     Roy L. Carlson, Jr.
     Attorneys for Plaintiff

DATED: March __, 2007        The Law Office of Paul A. Spiegel

By: _____
     Paul A. Spiegel
     Attorney for Defendant

2
STIPULATION TO EXTEND TIME TO ANSWER AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON

3. On October 17, 2006, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines. The initial Case Management Conference was scheduled for January 12, 2007, at 10:30 a.m.; and, continued by stipulation to March 16, 2007 at 10:30 a.m. on the court's calendar.

4. Defendant SAC was served with the summons and Complaint on November 10, 2006.

5. After settlement discussions between counsel for the Parties, the Parties have decided that it would promote judicial efficiency and be in their best interest to extend the time for SAC to file an answer to the Complaint and to continue the initial Case Management Conference to allow settlement discussions to continue without incurring additional costs.

NOW THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:

A. The time for SAC to answer the Complaint is extended until five court days from written notice via facsimile to counsel for SAC by counsel for Florimex that negotiations have failed and that an answer is required.

B. The Case Management Conference set for March 16, 2007 at 10:30 a.m. in Courtroom 3, shall be continued to April 20, 2007, at 10:30 a.m. in Courtroom 3.

C. All deadlines pursuant to FRCivP 26, Civil L.R. 16 and ADR L.R. 3-5 are continued accordingly.

IT IS SO STIPULATED.

DATED: March ___, 2007          MILBERG & DE PHILLIPS, P.C.

                                By:_____
                                   Roy L. Carlson, Jr.
                                   Attorneys for Plaintiff

DATED: March 9, 2007            The Law Office of Paul A. Spiegel

                                By:_____
                                   Paul A. Spiegel
                                   Attorney for Defendant

2
STIPULATION TO EXTEND TIME TO ANSWER AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON

1

## ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED:     3/15/07

5

_____
JEREMY FOGEL
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION TO EXTEND TIME TO ANSWER AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON